E-FILED
Tuesday, 20 February, 2007   03:58:35 PM
Clerk, U.S. District Court, ILCD

Re: Copy work Request for case materials on case number 3:99CR30055

Dear, Clerk of Court    Date: 1-22-07

I am submitting a copy work request for the following case materials.

1. Grand Jury Transcripts
2. 11-8-99 Jury Instruction given to Jurors (Docket Entry 25)
3. 11-8-99 Trial Transcripts Docket Entry 52
4. 11-8-99 Trial Transcripts Docket Entry 53
5. 3-17-00 Sentencing Hearing Transcripts
6. And Any thing else dealing with case 3:99CR30055

Thankyou so much

#12358-026
Gabriel Bennett Folks
U.S.P.
P.O. Box 150160
Atlanta, Georgia 30315

Case retrieval