E-FILED
Thursday, 22 March, 2007  05:09:34 PM
Clerk, U.S. District Court, ILCD

March 19, 2007

Dear, Clerk of the Court

My Name is Gabriel Folks, I'm writing you in regard to the receipt of payment for my Transcripts for case 99-30055. I haven't receive my documents pertaining to my case. I understand that your receipt of payment from the Archive Records. My process was to begin with receiveing the documents asked for. I would surely Appreciate it if you could respond to this Letter. Also I'm in the process of Transfering to another Institution, so you will be receiveing that Address as well.

Thank you

Sincerely

Mr. Gabriel Folks

FILED

MAR 22 2007