TO: CLERK OF COURTS

FILED
APR 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: REQUEST FOR CURRENT DOCKET SHEET
FOR CASE: 99-30055 U.S. V. FOIKS

    I RESPECTFULLY REQUEST a COPY of my DOCKETING SHEET For any Avenues of RELIEF. Due to my Filing RELIEF To the COURTS. Also I would like To Request my sentencing Transcripts that wasn't on Record. I will surely Appreciate it if
  You could supply any information that I would need to get the documents mention Above.

                Thank You.

              Gabriel Foiks
            # 12358-026
              U.S.P. LEE County
              P.O. Box 305
           Jonesville, Virginia
                    24263-0305