E-FILED
Friday, 15 February, 2008 03:00:28 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 15 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Name: GAbRiell Forks

Case No. 3-99CR30055-001

Judge: Jeanne E. Scott

## CRACK AMENDMENT QUESTIONNAIRE

1. Are you presently represented by retained counsel? If so, who is representing you? No

2. Who represented you in the federal criminal case for which you are incarcerated? David B. Mote

3. Do you personally have the financial resources to obtain a private lawyer without causing substantial hardship to yourself and your family? No

4. Do you want the Federal Public Defender's Office or other appointed counsel to represent you in pursuing re-sentencing based on the crack amendments? If so, please fill out the attached financial affidavit. Yes

5. Did your sentence involve a quantity of crack cocaine? If so, how much? Were other drugs involved? If so, what kind and how much? 43.8 grams

6. What was your offense level and criminal history category under the Federal Sentencing Guidelines (if you remember)? (37) Offense level Category VI

O:\MJN\Misc.08\Crack Questionnaire version 2.wpd

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | X DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: United States of America V. **Folks**

FOR: AT

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): **Gabriel B. Folks**

1 X Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check ☑ Felony ☐ Misdemeanor): **Possession with the intent To Distribution.**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment: How much did you earn per month? $ **10/18/98**
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ ___  SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ **125.00**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE ___  DESCRIPTION ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ___ SINGLE, X MARRIED, ___ WIDOWED, ___ SEPARATED OR DIVORCED
- Total No. of Dependents: **N/A**
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: **N/A**
- Creditors: ___  Total Debt: $ ___  Monthly Paymt: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Gabriel B. Folks*

☐ Approved  ☐ Denied

By the Court: ___
Dated: ___