E-FILED

Friday, 21 March, 2008  08:44:17 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 2 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES District Court
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD Division

| | |
|---|---|
| GABRIEL B. FOIKS | ) CASE NO: 99-30055 |
| DEFENDANT | ) |
| | ) |
| -V- | ) |
| | ) Judge: |
| UNITED STATES OF AMERICA | ) Honorable Jeanne E. SCOTT |
| Plaintiff | ) |
| | ) |

## MOTION FOR EXTENTION OF TIME

Now, COMES the DEFENDANT GABRIEL B. FOIKS Acting PRO SE. HEREBY request this Honorable Court To RespectFully GRANT DEFENDANT GABRIEL B. FOIKS A Extention oF time For the Following:

1) Due To Counsel Withdrawl From the defendant Case, DeFendant doesn't Have Enough time, nor the proper matierals to help in preparing For a response To this Honorable Court OPINION. Due To The deFendant currently Housing in the SHU.

2) The OPINION WAS ordered on March 7, 2008 Defendant didn't recieve this opinion until March 14, 2008 Which doesn't give the defendant enough time To prepare.

THERE Fore, The DeFendant respectFully prays that this Honorable Court

Grant His Motion For A Extention of time
For a additional 45 days. To Properly Prepare
a Response To the Honorable Courts Opinion.

Date: March 16, 2008

Respectfully Submitted
Gabriel B. Folks
Gabriel B. Folks