In The United States District Court
For the Central District of Illinois
Springfield Division

| | |
|---|---|
| Gabriel B Folks<br>Defendant | Case No: 99-CR-30055 |
| -V-<br>United States of America<br>Plaintiff | United States District Court<br>Honorable Judge: Jeanne E. Scott |

## Motion For The Appointment of Counsel

Now Comes Defendant Gabriel Folks, Pro-se request/move this Honorable Court For appointment of Counsel to represent him in this proceedings, if this Honorable court Grant relief in the defendant Motion. Following other reason.

1) Defendant is unable to afford counsel.
2) Issues involved are complexed and involves certain Rights of petitioner which must be protected.
3) Defendant is confined in the Federal Bureau of Prisons At U.S.P. Lee County, Jonesville Virginia, and due to his custody level access to the Court, legal research and other legal materials may be surely hindered at any time.

Where base on the Forementioned defendant respectfully request this honorable court grant his motion.

Respectfully,
[signature]

Date: May 25, 2008.